DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MATTHEW ALEX KISH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-494

_____

January 12, 2024

Appeal from the Circuit Court for Hillsborough County; Barbara Twine
Thomas, Judge.

Howard L. Dimmig, Public Defender and Andrea M. Norgard, Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee and J. Wade Stidham,
Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

KELLY, MORRIS, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.